**Victor QUINONES–GONDOLA,**
**Plaintiff–Appellant,**

v.

**WARDEN; Major, Worcester County**
**Jail, Defendants–Appellees,**

and

**Assistant District Director, Ins; Com-**
**missioners Ins; Doc Internal Af-**
**fairs, Defendants.**

No. 01–7963.

United States Court of Appeals,
Fourth Circuit.

Submitted Feb. 14, 2002.

Decided Feb. 27, 2002.

Victor Quinones–Gondola, Appellant Pro Se. John Francis Breads, Jr., Columbia, Maryland, for Appellees.

Before WIDENER, LUTTIG, and GREGORY, Circuit Judges.

PER CURIAM.

Victor Quinones–Gondola appeals the district court's grant of Appellees' Motion for More Definite Statement. We dismiss the appeal for lack of jurisdiction because the order is not appealable. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1994), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (1994); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.,* 337 U.S. 541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order here appealed is neither a final order nor an appealable interlocutory or collateral order. We dismiss the appeal as interlocutory. We also deny Quinones–Gondola's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*